# United States Bankruptcy Court
## District of Rhode Island

In re:

**MICROFIBRES, INC.**

Debtor

**DAWN PHILLIPS**
Plaintiff
v.
**MICROFIBRES INC.**
Defendant

Bankruptcy Case No:
**1:16-bk-10154**

Adversary Proceeding No:
**1:16-ap-01002**

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**
Clerk, United States Bankruptcy Court
District of Rhode Island
380 Westminster Street 6th Floor
Providence, RI 02903

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**
Marc B Gursky
420 Scrabbletown Road
Suite C
North Kingstown, RI 02852

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date Issued: 02/05/2016

CSD 3007

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Kyle Norigian__ (name), certify that service of this summons and a copy of the complaint was made __Feb 10, 2016__ (date) by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☑ Publication: The defendant was served as follows: [Describe briefly]
  __Kristen L. Forbes, esq. authorized to accept on behalf of Trustee Joseph DiOrio, esq @ 144 Westminster St, 3rd Fl, Prov, RI__

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __2/10/16__    Signature _____

Print Name: __Kyle Norigian - Process Server__

Business Address: __1845 Atwood Ave__
__Johnston, RI, 02919__

2/10/16

__authorized to accept for Trustee Joseph M. DiOrio__
__Kristen L. Forbes, Esq., Associate of DiOrio Law Office__