*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: **Microfibres, Inc.**                                    BK No. **1:16−bk−10154**
                                                                 Chapter **7**

   Debtor(s)

**Dawn Phillips** *et al.*
Plaintiff(s)
           v.                                                    AP No. **1:16−ap−01002**
**Microfibres Inc.** *et al.*
Defendant(s)

*ORDER TO SHOW CAUSE AGAINST Plaintiffs and Defendant WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH LOCAL RULE 7026−1(c)*

Pursuant to Local Bankruptcy Rule 7026−1(c), the Discovery Plan in the above Adversary Proceeding was due on 5/5/2016 . To date, we have not received a Discovery Plan signed by both sides as required, nor has either party filed an affidavit in accordance with Rule 7026−1(d).

Accordingly, the parties are hereby **ORDERED TO SHOW CAUSE IN WRITING** no later than 05/20/2016 , why the above entitled Adversary Proceeding should not be dismissed for failure to file the required Discovery Plan in accordance with Rule 7026−1 (c), or an affidavit in accordance with Rule 7026−1(d). ***FAILURE TO TIMELY COMPLY WILL RESULT IN THE AUTOMATIC DISMISSAL OF THE WITHIN ADVERSARY PROCEEDING.***

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **5/6/16**

Entered on Docket: **5/6/16**
Document Number: **17 − 1**

126.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*