## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

---

In re:   Microfibres, Inc.,                                          BK No: 16-10154
       Debtor                                                          Chapter 7

---

Dawn Phillips and Cedric Williams,
on behalf of themselves and all others
similarly situated,
    Plaintiffs
v.                                                                   A.P. No. 16-01002
Microfibres, Inc.,
    Defendant

---

## SCHEDULING ORDER

Pursuant to Fed. R. Bankr. P. 7016, the Court has reviewed the parties' discovery plan filed under Fed. R. Bankr. P. 7026 and R.I. LBR 7026-1(c) and issues the following order:

1. Parties shall adhere to Fed. R. Civ. P. 26(a)(2)-(3) regarding expert / pretrial disclosures.

2. The Court will hold a preliminary pretrial conference on August 31, 2016 at 10:30 a.m.

3. The deadline for all parties to complete discovery and to file any motions to compel compliance with outstanding discovery requests: December 7, 2016.

4. The deadline to join other parties or amend pleadings: August 9, 2016.

5. The deadline to file a motion for class certification: August 9, 2016.

6. The deadline to file dispositive and/or pretrial motions: January 27, 2017.

7. The deadline to file the Joint Pretrial Statement pursuant to R.I. LBR 9014-1(d): January 30, 2017. If a dispositive motion is filed, the Court may extend the deadline for filing the Joint Pretrial Statement if deemed appropriate.

Date: May 16, 2016                             By the Court,

                                                                            _Diane Finkle_
                                                            Diane Finkle
                                                            U.S. Bankruptcy Judge