# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

------------------------------x
In re: MICROFIBRES, INC.                          :
                                                   Bk. No. 16-10154

DAWN PHILLIPS and CEDRIC WILLIAMS    :    Chapter 7

on behalf of themselves and all others similarly
situated,                                          :

            Plaintiffs,            :    A.P. No.16-01002

                                                   :

MICROFIBRES, INC.,

                                                   :

            Debtor
------------------------------x

## PROPOSED ORDER

AND NOW, upon consideration of the Plaintiffs' Motion for Class Certification and Other Relief (the "Motion"), and additional documents submitted in connection therewith; and the Court having determined that class certification is appropriate; IT IS HEREBY ORDERED THAT:

1.    A class (the "Class") is certified comprised of the following:

   All former employees of the Debtor who worked at or reported to either of the facilities located at 1 Moshassuck Street, Pawtucket, RI 02860 (the "RI Facility"); or at 3821 Kimwell Drive, Winston-Salem NC 27114 (the "NC Facility") (collectively the "Facilities") and were terminated, without cause on their part, on or about January 28, 2016, within thirty days of that date or thereafter, as part of, or as the reasonably expected consequence of, the plant closings ordered by the Debtor on or about January 28, 2016, who do not file a timely request to opt-out of the class.

2.    The Class described above meets the requirements of Fed. R. Civ. P. 23, made applicable by Fed. R. Bankr. P. 7023:

  (a) the Class is so numerous that joinder of all members is impracticable;

  (b) there are questions of law or fact common to the Class;

  (c) the claims of Plaintiffs Dawn Phillips and Cedric Williams are typical of the claims of the Class;

  (d) Plaintiffs Dawn Phillips and Cedric Williams will fairly and adequately protect the interests of the Class;

  (e) questions of law and fact common to members of the Class predominate over any questions affecting individual members; and

  (f) a class action is superior to other available methods for the fair and efficient adjudication of the Class's claims.

3. Lankenau & Miller, LLP, The Gardner Firm, P.C. and Gursky | Wiens are appointed class counsel (collectively "Class Counsel").

4. Plaintiffs Dawn Phillips and Cedric Williams are hereby appointed Class Representatives.

5. The proposed form of Notice to the Class, attached to this Order as Exhibit A, is approved. Notice in compliance with this Order is hereby found to be the best notice practicable under the circumstances and constitutes due and sufficient notice to all Class Members in full compliance with the notice requirements of Fed. R. Civ. P. 23.

6. Within five (5) days after entry of this Order, the Trustee shall provide Class Counsel with an electronic spreadsheet containing the names and last known addresses of all the former employees encompassed by the Class as defined above.

7. Within twenty-five (25) days after entry of this Order, Class Counsel shall mail the Notice, First Class postage prepaid, to the proposed members of the Class at their last known

addresses as noted in the Debtor's records, in an envelope bearing the return address of The Gardner Firm, P.C.; Lawyers; 210 S. Washington Avenue; P.O. Drawer 3103; Mobile, AL 36652.

8. Class members who wish to opt-out of the Class must so indicate on the opt-out form included with the Class Notice (attached), and must sign and mail that opt-out form by certified mail, return receipt requested, to The Gardner Firm, 210 S. Washington Avenue, Mobile, Alabama 36602, Attn: Mary E. Olsen so that it is received by Ms. Olsen by no later than thirty-five (35) days after the date on which the class notice was mailed. All requests for exclusion received after that date will not be effective, and any person who sends a late request will be a member of the Class and will be bound in the same way and to the same extent as all other Class Members.

10. Within ten (10) days after the last date on which a Class Member may timely opt-out, Class Counsel shall serve and file a sworn statement listing the names of any persons who have timely opted out of the Class.

DATED: _____, 2016        _____
                                UNITED STATES BANKRUPTCY COURT JUDGE