UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MICROFIBRES, INC. | : | Bk. No. 16-10154 |
| | : | Chapter 7 |
| | : | |
| DAWN PHILLIPS and CEDRIC WILLIAMS on behalf of themselves and all others similarly situated: | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | A.P. No. 16-01002 |
| | : | |
| MICROFIBRES, INC. | : | |
| | : | |
| Defendant. | : | |

## **STIPULATION**

By agreement of Plaintiffs and Joseph M. DiOrio, Esq., Chapter 7 trustee of Debtor Microfibres, Inc., Defendant may have up to and including June 16, 2016 to respond to Plaintiffs' Motion for (A) Class Certification, (B) Appointment of Class Representatives, (C) Appointment of Class Counsel, (D) Approval of the Form and Manner of Class Notice, and (E) Such Other and Further Relief as this Court May Deem Appropriate [Doc. 27].

| | |
|---|---|
| PLAINTIFFS, | MICROFIBRES, INC. |
| By their Attorneys, | By its Attorneys, |
| | |
| /s/ *Mary E. Olsen* | /s/ *Gardner H. Palmer, Jr.* |
| Mary E. Olsen (*Admitted Pro Hac Vice*) | Gardner H. Palmer, Jr.   (#3707) |
| THE GARDNER FIRM, P.C. | DiOrio Law Office |
| 210 S. Washington Avenue | 144 Westminster Street, Suite 302 |
| Mobile, Alabama 36602 | Providence, RI 02903 |
| (251) 433-8100/(251) 434-8259 Fax | 401 632-0911/401 632-0751 Fax |
| molsen@thegardnerfirm.com | ghpalmer@dioriolaw.com |

/s/ *Evan P. Shanley*
Evan Shanley, Esq. (#8922)
GURSKY | WIENS
420 Scrabbletown Road, Ste. C

North Kingstown, RI 02852
401 294-4700/401 294-4702 Fax
eshanley@rilaborlaw.com

Date: June 8, 2016

                                        Order:

                                        _____

## CERTIFICATE OF SERVICE

     I hereby certify that on June 8, 2016, I electronically filed the foregoing Stipulation in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF system. The following participants received notice electronically:

| | | |
|---|---|---|
| Marc B. Gursky, Esq. | M. Vance McCrary, Esq. | Mary E. Olsen, Esq. |
| Evan P. Shanley, Esq. | Stuart J. Miller, Esq. | |

                                        /s/ *Gardner H. Palmer. Jr.*