## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

_____

In re:   Microfibres, Inc.,                                                    BK No: 16-10154
        Debtor                                                              Chapter 7

_____

Dawn Phillips and Cedric Williams,
on behalf of themselves and all others
similarly situated,
        Plaintiffs
v.                                                                             A.P. No. 16-01002
Microfibres, Inc.,
        Defendant

_____

### CERTIFICATION ORDER

After telephonic hearing held on August 25, 2016, on Plaintiffs' Motion for Class Certification and related relief ("Motion," Doc. #27), Defendant's Limited Objection (Doc. #31), Plaintiffs' Reply (Doc. #38), and the parties' Stipulation (Doc. #41), with counsel for Plaintiffs and Defendant present via telephone, and for the reasons stated in the Motion, in the Stipulation, and on the record, the Court, pursuant to Fed. R. Civ. P. 23 (applicable via Fed. R. Bankr. P. 7023), orders as follows.

1. The Motion is granted in part, as follows.

2. The Class, as defined in the Stipulation, is hereby certified pursuant to Fed. R. Civ. P. 23(a) and (b)(3).

3. The Class Claims are defined as those described in the First Amended Class Action Adversary Proceeding Complaint (Doc. #3).

4. Plaintiff Cedric Williams is hereby appointed as Class Representative pursuant to Fed. R. Civ. P. 23(a).

5. Lankenau & Miller, L.P., The Gardner Firm, P.C., and Gursky | Wiens are hereby appointed as Class Counsel pursuant to Fed. R. Civ. P. 23(c)(1)(B) and (g).

6. The Court hereby provisionally approves the proposed form and manner of notice. By September 1, 2016, Plaintiffs shall file a revised proposed Notice of Class Action in accordance with the Court's direction provided at the hearing. The Court will enter a separate order with regard to that revised proposed Notice.

7. Within five business days of the close of the opt-out period – which is to be defined in the revised Notice of Class Action as 60 days from the date of the mailing of the Notice – Plaintiffs shall provide Defendant with a list of all individuals who opted out of the Class.

8. Within 14 days of the close of the opt-out period, Plaintiffs shall file a "Class Proof of Claim," which shall break out the nature and amount of each Class Member's claim and detail any additional claim-related information Plaintiffs deem relevant.

9. The parties are directed to the Court's previously-entered scheduling order (Doc. #35) for other deadlines associated with this proceeding.

10. The Court will hold a preliminary pretrial conference on January 11, 2017 at 11:30 a.m.

Date: August 25, 2016

By the Court,

*Diane Finkle*
Diane Finkle
U.S. Bankruptcy Judge