**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: MICROFIBRES, INC. | : | |
| | | Bk. No. 16-10154 |
| CEDRIC WILLIAMS, | : | Chapter 7 |
| on behalf of himself and all others similarly situated, | : | |
| Plaintiff, | : | A.P. No.16-01002 |
| v. | : | |
| MICROFIBRES, INC., | | |
| | : | |
| Debtor. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT MOTION OF CHAPTER 7 TRUSTEE AND CLASS REPRESENTATIVE, PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 7023 TO: (I) APPROVE THE SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019, (II) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 7023, (III) APPROVE THE FORM AND MANNER OF NOTICE TO CLASS MEMBERS OF THE SETTLEMENT, (IV) SCHEDULE A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT AGREEMENT, (V) FINALLY APPROVE THE SETTLEMENT AGREEMENT FOLLOWING THE FAIRNESS HEARING, AND (VI) GRANT RELATED RELIEF**

**NOTICE**

Within twenty-one (21) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

Plaintiff Cedric Williams ("Plaintiff" or "Class Representative"), together with Joseph M. DiOrio, the Chapter 7 trustee (the "Trustee") of Microfibres, Inc. ("Microfibres" or the "Debtor")

by and through their respective counsel, hereby submit this Joint Motion, pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 23 of the Federal Rules of Civil Procedure (the "Civil Rules"), applicable hereto by Bankruptcy Rule 7023, for the entry of an Order: (1) approving the *Settlement and Release Agreement* (the "Settlement Agreement") pursuant to Bankruptcy Rule 9019; (2) preliminarily approving the Settlement Agreement pursuant to Bankruptcy Rule 7023; (3) approving the form and manner of notice of the Settlement to the members of the Class (the "Class Notice"); (4) scheduling a fairness hearing to consider final approval of the Settlement Agreement (the "Fairness Hearing"); (5) finally approving the Settlement Agreement following the fairness hearing (the "Final Settlement Order"); and (6) granting related relief (the "Joint Motion").

In support of the Joint Motion, the Parties submit a memorandum of law and Attachment A, thereto.

DATED: January 23, 2017

**For the Trustee:**

/s/     *Gardner H. Palmer, Jr*
Gardner H. Palmer, Jr.   (#3707)
**DIORIO LAW OFFICE**
144 Westminster Street, Suite 302
Providence, RI 02903
Phone: 401-632-0911
Fax:  401-632-0751

**And**

**For the Plaintiff and the Class:**

/s/     *Mary E. Olsen*
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
**THE GARDNER FIRM, P.C.**
210 S. Washington Ave.
Mobile, AL  36602

Telephone: (251) 433-8100
*Admitted Pro Hac Vice*

Stuart J. Miller (SJM 4276)
**LANKENAU & MILLER, LLP**
132 Nassau Street, Suite 1100
New York, New York 10038
Telephone: (212) 581-5005
*Admitted Pro Hac Vice*

*/s/      Evan Shanley*
Marc Gursky, Esq. (#2818)
Evan Shanley, Esq. (#8922)
GURSKY | WIENS
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702
mgursky@rilaborlaw.com
eshanley@rilaborlaw.com